Steven Paul Priest
ISCC F1-8A
POB 70010
Boise, Idaho  83707

In propria persona

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| Steven Paul Priest, | ) | Case No.: |
| | ) | |
| Plaintiff, | ) | COMPLAINT VIA 28 USCS § 1330 ACTIONS |
| | ) | AGAINST FOREIGN STATE, FRCP Rule 41.1 |
| -Vs. | ) | Per  28 USCS §§ 1602 et seq, |
| | ) | |
| United States of America Corporation, | ) | |
| Successors & Assigns; Merick Garland, | ) | |
| DOJ Successors & Assigns; Anthony | ) | |
| Blinkin, Secretary of State Dept., | ) | |
| Successors & Assigns; STATE OF IDAHO, | ) | |
| Raul Labrodor, Attorney General, | ) | |
| Successors & Assigns; Phil McGrane, | ) | |
| Idaho Secretary of State of Idaho, | ) | |
| Successors & Assigns; | ) | |
| | ) | |
| Defendants et al. | ) | |
| | ) | |

01  Jurisdiction.  The United States Court for the District of Idaho has
jurisdiction over my claims under "Foreign Sovereign Immunities Act" (FSIA);
Per 28 USCS §§ 1602 et seq, via Federal Rules of Civil Procedure (FRCP)
Rule 41.1. Determining Foreign Law.  Developed collaboratively by Advisory
Committee on International Rules of Judicial Procedure (see Act of Sept. 2,
1958, 72 Stat 1743), and the Columbia Law School Project on International
Procedure.

02  See "Choice of Law," "Change in Law," at Encl.03; Pp.46. Ls.47-49; p.59.
Ls.11-12; Ls.44-47; & P.60. Ls.10-13; of my 110-Page ["Declaration of Intention
to Change Domicile/Citizenship, Divorce the U.S., and Criminal Complaint"] ("COD"
hereafter).  Certified mailing to all Defendants 9-19-2022 (Incorporated herein).

COMPLAINT BY INSTRUMENTALITY OF A FOREIGN STATE - 1

03  Plaintiff:  I am "Steven Paul Priest" I'm NOT THE REPRESENTATIVE of the
["STEVEN PAUL PRIEST (non-juridic) COMMON LAW TRUST"], and have been forced to
act as Trustee, Fiduciary, only under duress (UD), Coerced without consent and
have never authorized any transaction or plea. I am the 1st Amendment ["political
freedom-CONSTITUTIONAL citizen." Not to be confused with a STATUTORY citizen,
and at no time since date of birth (DOB) to this moment, I have never consented
nor authorize or agree with any Tacit Agreement not specified herein.

04  All acts by me are done with Unalienable Rights Reserved, and have never been
meant to submit to STATUTORY citizenship status, only done unknowingly and
I hereby assert OBJECTION thereto and determination concluding or considering me
as being a STATUTORY citizen.  Violates U.S. Constitution Amendments 1, 5, 13,
& 14 (Due process clause).

05  United States of America Corporation, is a defendant by and through the U.S.
Department of Justice (DOJ), and Attorney General Merick Garland, (predecessors,
successors & assigns); include U.S. Secretary of State Department Anthony Blinkin,
(predecessors, successors & assigns).

06  Defendants, through "Custom & Usage" procure Parents submission to Hospitals
for "CERTIFICATE OF LIVE BIRTH" (COLB) on "Date of Birth" (DOB) ##-##-##64 in my
situation,  the COLB shows ["H-077881"] & ["1687"], whereby plaintiff was a
registered agent of, or with the "U.S. Dept. of Treasury," "the U.S. Dept. of
Commerce," and the "Department of Public Health", per public policy to secure
data for relevant Bureau of Vital Statistics which may be used in "actuary of
longevity" determinations, to determine the 77 year life of plaintiffs indenture.

07  Defendants, through "Custom & Usage" became the "Holder in due course" of
the  Original "COLB" on or after DOB, as evidenced by the date this COLB was
returned to parents, on or about 3-24-1964, and I object (Unconstitutional).

08  Defendants, through "Custom & Usage" made available to Plaintiffs parents
other indicia, to wit Social Security Application Forms; all of which were done
by Plaintiffs parents, prior to age of consent, and are VOID ab initio, from
DOB nunc pro tunc invalid.

09  Defendant STATE OF IDAHO Sub-Corporation, by and through predecessors,
successors & assigns; and Paul Labrodor, Idaho Attorney General (IAG), and
"Phil McGrane, agents, in their official capacity, whom I have served by mail.

10  Defendants et al. coexist in their combined non-efforts, to commit to non-action to comply with their duties to "Leave me alone" and not to infringe on me, and my things.

11  Defendants act to do business with my (<u>Non-Juridic</u>) COMMON LAW TRUST STEVEN PAUL PRIEST, and on or about 5-29-1990, the IAG acted outside my consent and without my permission, did submit a WARRANT OF ARREST, and or request for a probable cause determination, into the hands of respected SHERIFF, Larry Lampson, accusing defendant named "STEVEN PAUL PRIEST" and so demanded to bring "STEVEN PAUL PRIEST" before the Boise County Magistrate of an otherwise good reputation, PATRICIA G. YOUNG whom signed and dated this. OBJECTION Unconstitutional, Fraud, & Misrepresentation.  Violates Due Process, lacks in necessary requisite particularity demanded of such pleading, and the named defendant is in fact and law, a known <u>non-juridic</u> entity, lacking in capacity to be the defendant.

12  See Encl.07; incorporated herein by this reference, it's the WARRANT OF ARREST cited at 11 (supra).  Two pages.

13  Whether or not "<u>Custom & Usage</u>" were known by Defendant IAG successors & assigns, the respectable Deputy Sheriff "Larry Lampson" told me he knows the judges will use special paper to draft some kind of BONDS on the accused, after entry of guilty pleas, but "Larry" told me he wasn't sure why, or how it all worked.

14  Defendant, <u>STATE OF IDAHO acted as a sub-corporation</u> to do business with the <u>non-juridic</u> common law trust STEVEN PAUL PRIEST, and this violates my "<u>Choice in law</u>," "Change of Law," set within the (COD) served on all defendants 9-19-2022.

15  CITED <u>IN GOOD FAITH</u>.  I'm incorporating by reference the excerpts at Encl.03; At Pp.46, Ls.47-49; p.59, Ls.11-12; Ls.44-47; & P.60, Ls.10-13; of my 110 Page "COD".  FRCP Rule 106 provides "If a party introduces all or part of a writing, an adverse party may require the introduction, at that time, of any other part or any other writing that <u>in fairness</u> ought to be considered at the same time."

16  And in GOOD FAITH  Plaintiff noticed, by advanced legal research, that there are no true U.S. Constitutional Article III. Courts. Because the States cited there in  Article III. Section 2. [1] refer only to "States" of the Union, and not to me as being the "foreign state".  Forms proved by respected members of the Judiciary cite, and recite, ONLY STATUTORY citizen status appearing there, against my status as a 1st Amendment "Political Freedom" as "<u>CONSTITUTIONAL citizen</u>." I OBJECT.

COMPLAINT BY INSTRUMENTALITY OF A FOREIGN STATE - 3

17  Plaintiff specifically and expressly did raise NOTICE of 1st Amendment
Freedom of Relious Practice CLAIMS; & NOTICE of Exclusivity in being a
CONSTITUTIONAL citizen, as relates thereto the 1st Amendment "Political freedom"
Component.  Governed by the Constitution (Supremacy Clause), & Holy Bible;
Which is God's Law.  Originating in Heaven, not of Earth, nor by man, as being
the relevant foreign law referenced in my FRCP Rule 41.1 "NOTICE: Determining
Foreign Law" incorporated herein.

18  In determining foreign law, the court is asked to consider the "Holy Bible"
New King James Version (NKJV) as relevant "source originating in Heaven."

19  Plaintiff submitted a Complaint on or about 4-22-2-23. See Trust Doc.No.:962A
United Nations. Geneva.  SPECIAL RAPPORTEUR: c/o Office of the High Commissioner
for Human Rights, United Nations Office at Geneva, CH-1211 Genava 10, Switzerland
as  a "Foreign Diplomat."

20  Plaintiff's Trust Doc. No.:933B Foreign Diplomatic Position Paper; IN RE:
"Acquisition of Nationality"](infra). The United Nations is the official depositary
of the Convention on Diplomatic Relations and the ["Optional Protocal"].

21  Parties to the Vienna Convention on Diplomatic Relations, include the "United
States".  This Protocol was consented to by Senate of the United States of America
by its resolution of September 14, 1965, two-thirds of the Senators present concurring
therein, gave its advice and consent to ratification of the Convention and the Optional
Protocol.

22  Reporter 1961 U.S.T. LEXIS 883*  23 U.S.T. 3227, Treaty Number: TIAS 7502,
Date  Signed: April 18, 1961, Date in Force: December 13, 1972. MULTILATERAL.
Status: [*1] Done at Vienna April 18, 1961; Ratified by the President November 8,
1972;  Deposited with the Secretary-General of the United Nations November 13, 1972.

23  Plaintiff directs your attention thereto the Encl.05 "Executive Branch"
Administrative Procedures Act (APA) Alternative Dispute Resolution (ADR), Arbitration
"Agency Action" final determination, as per 5 USCS §§ 552, & §§ 701 et seq.

24  The AWARD of "Immunity" being acknowledged, as relates thereto "Steven Paul
Priest" CONSTITUTIONAL citizen.  Encl.05, herewith incorporated, is Two (2) pages.

25  In context thereof the COD "Choice of Law" and as relates thereto 1st Amendment
CLAIMS to Immunity GRANTED thereby Executive Agency Action, the matter is final.

26  Plaintiffs 1st Amendment invocation is done through the 14th Amendment of
[1868] Due Process Clause.  Per Section 1.  ["All persons born or naturalized
in the Untited States, and subject to the jurisdiction thereof, are citizens
of the United States and of the State wherein they reside.  No State shall
make  or enforce any law which shall abridge the privileges or immunities of
citizens of the United States; nor shall any State deprive any person of life,
liberty, or property, without due process of law; nor deny to any person within
its jurisdiction the equal protection of the laws."]

27  Citing the 9-19-2022 COD at page 46; ["The other method is to abandon domicile
in the country of one's birth or domicile and to re-associate with a state or
**political** or religious group which is "foreign" with respect to one's state or
nation at birth.  The U.S. Supreme Court described the result of not having a
domicile within any state of the Union or within the country of one's birth as
causing them to become stateless"] See Encl.03, at P.46. Ls.31 through 35;

28 Plaintiff's domiciled outside of every state of the Union, and is a
CONSTITUTIONAL citizen, which means a "national" under 8 U.S.C. §1101(a)(21),
but not a statutory citizen because I am not domiciled within the "United States"
at the time presently, and therefore I am a statutory "non-resident non-person".

29  This is precisely the status that this COD of 9-19-2022 shall document on my
part in the context of all future legal or business dealings we may have.  I won't
linger in the Court Room Case, and shall act quickly to retreat, withdraw, and
enter dismissal voluntarily, in observance thereof my 1st Amendment MANDATES.

30  The U.S. Constitution says in Article 1, Section 10 that states may not interfere
with the enforcement of contracts.  See COD Encl.03, at pages 56 through 65;
["P.57: Ls.3-4: The U.S. Constitution says in Article 1 Section 10 that states may
not interfere with the enforcement of contracts.  The U.S. Supreme Court has said
that the federal government may not either:"]

31  "Powers reserved by the states or the people" means me.  I am a Christian,
and as a Christian, my God says that it amounts to idolatry to put myself under
any King and Priest God appointed me to be per Rev.5:9-10.

COMPLAINT BY INSTRUMENTALITY OF A FOREIGN STATE - 5

32   Citing  Encl.03 at page 58, Ls.1-6: ["For You were slain, And have redeemed us to God by Your blood Out of every tribe and tongue and people and nation, And have made us kings and priests to our God; And we shall reign on the earth"] Rev. 5:9-10, Bible NKJV.

33. Page 58, Ls.9-13; ["For the Lord is our judge, The LORD is our Lawgiver, The LORD is our King;  He will save [and protect] us."  Isaiah 33:22, Bible, NKJV.

34  Page 58, Ls.25-28; ["Then a certain scribe came and said to Him, 'Teacher, I will follow You wherever You go.' And Jesus said to him, 'Foxes have holes and birds have nests, but the Son of Man has nowhere to lay His head [NO domicile]." Matt.8:19-20, Bible, NKJV.

35. Page 58, Ls.30-31; ["But if you are led by the Spirit, you are not under the law [man's law, because you have no domicile]." Gal. 5:18, Bible, NKJV.

36  Page 59, Ls.1-7; ["My legal status takes on the character of the **sovereign** who I represent pursuant to Federal Rules of Civil Procedure 17(b).  Therefore, I become a "foreign diplomat".  "For God is the King of all the earth; Sing praises with understanding" Psalm 47:7, Bible, NKJV.  "For the LORD is our Judge, the LORD is our Lawgiver, the LORD is our King; He will save [and protect] us." Psalm 47:7 Bible, NKJV.

37  Page 59, Ls.29-41; ["For our citizenship is in heaven [and not earth], from which we also eagerly wait for the Savior, the Lord Jesus Christ"] Philippians 3:20, Bible NKJV.  "I am a stranger in the earth; Do not hide Your commandments [laws] from me." Psalm 119:19, Bible, NKJV.  "I have become a stranger to my brothers, and an alien to my mother's children; because zeal for Your [God's] house has eaten me up, and the reproaches of those who reproach You have fallen on me." Psalm 69:8-9, Bible, NKJV. "And Mr. Justice Miller, delivering the opinion of the court [legislating from the bench, in this case], in analyzing the first clause of the Fourteenth Amendment, observed that, the phrase 'subject to the jurisdiction thereof' was intended to **exclude** children of ministers, consuls, and citizens or subjects of **foreign states**, born within the United States." [U.S. v. Wong Kim Ark, 169 U.S. 649, 18 S.Ct. 456; (1898)]

38  You are required to treat me as a "protected foreign official" of a foreign government called Heaven, by 18 U.S.C. § 112 and the Foreign Sovereign Immunities Act of 1976.

COMPLAINT BY INSTRUMENTALITY OF A FOREIGN STATE - 6

39   See  Page  60 of 110, at Ls.3-5: ["Immediately cease all 'Commerce' or
'intercourse' with the government by sending to it our money or receiving
benefits we did not earn.  Blacks Law Dictionary defines 'Commerce' as 'inter-
course'.  The Bible defines 'the Beast' as the  'kings of the earth'/political
rulers".  Rev. 19:19: Bible, NKJV.

40   See Page 60 Ls.10-13: ["This is consistent with the Foreign Sovereign Immunities
Act found in 28 U.S.C. §1605(a)(2), which says that those who conduct 'commerce'
with the  'United States' federal corporation within its legislative jurisdiction
thereby surrender their sovereignty."  See ["http://travel.state.gov/law.info/
judicial/judicial 693.html"].

41   My Lord, God, King, and Lawgiver agreed with the above conclusions when He said:
Page 60. Ls.15-18; ["Adulterers and adulteresses! Do you now know that friendship
[and 'citizenship'] with the world [or the governments of the world] is enmity
with God?   Whoever therefore wants to be a friend ['citizen' or 'taxpayer' or
'resident' or 'inhabitant'] of the world makes himself an enemy of God." James 4:4,
Bible NKJV.

42   Since it is my voluntary decision and is a fulfillment of my religious beliefs
and an exercise of religious liberty protected by the First Amendment, you cannot
lawfully punish me in said exercise by, for instance, taking away my citizenship
by birth or naturalization because my allegiance to God (heavenly citizenship) or
His laws (heavenly domicile) assumes a role SUPERIOR to that of the state. You
will note that my religion COMMANDS me to take oaths to my Lord and Savior and
ONLY to Him.  To wit: ["You shall fear the LORD your God and serve Him, and shall
take oaths [to Him and] in His name."] Deut. 6:13, Bible, NKJV.

43   Page 62 of 110 COD, Ls.36-40: ["It is better to trust in the Lord Than to put
confidence in man It is better to trust the Lord Than to put confidence in princess
[or government, or bureaucrats, or judges, or lawyers]." Psalm 118: 8-9; Bible,
NKJV.

44.  Page 62 of 110 COD, Ls.42-43: ["You shall have no other gods [or government
or materialism or love for money or earthly laws] before Me."] Exodus 20:2-6,  NKJV.

45. See COD at Page 63 of 110; Ls.31-33; ["Allegiance. Obligation of fidelity and obedience to government in consideration for protection that government gives." U.S. v. Kyh, D.C.H.Y., 49 F.Supp 407, 414."See also Oath of allegiance or loyalty."] [Black's Law Dictionary, Sixth Ed. p.74].

46. Due process of law is violated when the government vindictively attempts to penalize a person for exercising a protected statutory or constitutional right [United States v. Conkins, 9 F.3d. 1377, 1382 (9th Cir. 1993)]

47. From the date of my birth to my death, I declare and give "reasonable notice" to all interested parties in the government that I cannot and will not be bound by any exercise to contract that is between me and any government, state & national.

48 Organic law of this country, asserts unequivocally that our rights are "unalienable" in relation to the government, which means they cannot be bargained away through any commercial process, including a franchise agreement or government 'benefit' program.

49 I remain white knuckled in the Declaration of Independence, which is the organic law of this country; ["We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness —— That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed,-" "Unalienable. Incapable of being sold or transferred." [Black's Law Dictionary, Fourth Ed, p.1693]

50 Therefore, there can be no such equal protection between the laws of men and that of God's Law in the Holy Bible. It is Blasphemous to compare the two...

51 The government decided to proceed against me in Boise County District Court Case No.:CR90-00022i.  My non-juridic Trust STEVEN PAUL PRIEST lacked capacity to be sued, and that case failed to meet the criteria that are part of the Minimum Contacts Doctrine elucidated by the Ninth Circuit Court of Appeals, when it held the following:

52 In International Shoe Co. v. Washinton, 326 U.S. 310 (1945), the Supreme Court held that a court may exercise personal jurisdiction over a defendant consistent with due process only if he has "certain minimum contacts" with the relevant forum" Id. at 316.  Plaintiff is outside of the federal enclave.

COMPLAINT BY INSTRUMENTALITY OF A FOREIGN STATE - 8

53  Penalty of Perjury and jurat statements on government forms submitted, and any Government Forms themselves, which are not materially modified in symbolic for, but regardless of what it says, the following meaning is intended and is the ONLY meaning that may be enforced or admitted as evidence in any court in law.

54 "Under penalties of perjury from **without** the United States and from within the United States of America pursuant to 28 U.S.C. § 1746(1), I declare that the attached correspondence, facts, and statements are true, correct, and complete to the best of my knowledge and ability."

55  "This perjury statement may only be enforced in a court of a state of the Union where neither the judge nor any member of the jury is a 'taxpayer' or in receipt of any pecuniary benefit which derives from Subtitle A of the Internal Revenue Code in order to ensure that there is no conflict of interest which might violate 18 U.S.C. § 208 or 28 U.S.C. § 455."  All alleged "taxes" paid UNDER PROTEST presumptions.

56  Relief includes the filing and assignment of a case number in this Complaint, juxtaposed FRCP Rule 44.1 Pleading (incorporated herein by reference).

57  Relief to enter an order, or to allow for Clerk's Entry of ORDER CONFIRMING ARBITRATION AWARD in three (3) points:  -i.  GRANT "immunity" being acknowledged to continue.  -ii. GRANT Release of Steven Paul Priest CONSTITUTIONAL citizen from imprisonment, in accordance therewith Statute of Frauds I.C. § 9-506.3.  -iii.  GRANT costs waived against Plaintiff.  Grant waiver of process upon notice of non-service / waiver enclosed herewith. SUM CERTAIN of "$14,000,000.00. Fourteen Million Dollars.

58  GRANT any Mandate or Prohibitions favorable to Plaintiffs interest, where the primary interest is FRCP Rule 1.  They should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding.

59  GRANT my Motion  or pleading for FRCP Rule 44.1, and  change of law, Choice of Law, at "New King James Version (NKJV) Bible cited, and incorprated herein.

60   GRANT expedited proceedings in this case.

61   DECLARATION OF Steven Paul Priest

  I declare, (Certify) the above and foregoing facts and evidence are presented true and correctly stated, done under threat of penalty in case of perjury, with all unalienable rights reserved, UCC-1 & UCC-3.

By, _Steven Paul Priest_                                5-31-2023

  Steven Paul Priest                              Date:
  CONSTITUTIONAL citizen


61.   SERVICE BY PROOF OF MAILING:  I placed the same into the hands, or prison access to courts box, on the Tier at F-Block, for filing by E-Filing with requests for copies to be made, ample for prompt service of process thereto said defendants above described, and or as stated on the face of the COD 9-19-2022 at Encl.03;

By, _Steven Paul Priest_                          5-31-2022

  Steven Paul Priest                          Date:
  CONSTITUTIONAL citizen


COMPLAINT BY INSTRUMENTALITY OF A FOREIGN STATE - 10 of 10