*District Court filing Record*

*Court: US District Court*

*Date submitted: 06-02-2023*

*Date filed: 06-02-2023*

*Case No.:*

*Inmate Name: Steven Priest*

*Inmate No.: 18650*

Document Title: Complaint

*Total Pages : 24 (not including cover page)*

*Total:  1 of 2*

*Filed without inmate review: documents provided by Mr. Priest.*