Steven Paul Priest #18650
ISCC F1- 8A
POB 70010
Boise, Idaho 83707

May 31, 2023

STEPHEN W. KENYON
Clerk of The Court

Respectfully Submitted For Filing With A NEW CASE NUMBER.

NOTICE:   This is not Case No. 1:2023cv00224 that was filed May 19, 2o23.

This is a NEW CASE HAVING "EXCLUSIVE JURISDICTION" via 28 USC § 1330. Actions against foreign states.  Previous § 1983 Case was submitted to  VOLUNTARY DISMISSAL, "WITHOUT PREJUDICE" on or about 5-25-2023.


Please contact me at your convenience if you so desire.



Declaration of Steven Paul Priest


   I, Certify, the above is true and correct, done under threat in cases of perjury, by me this 31st day of May, 2023.

By, _Steven Paul Priest_                5-31-2023
    Steven Paul Priest                  Date:




C O V E R   L E T T E R