Steven Paul Priest #18650
ISCC F1-8A
PO Box 70010
Boise, Idaho 83707

In propria persona

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STEVEN PAUL PRIEST, )<br>)<br>Plaintiff, )<br>)<br>-Vs. )<br>)<br>United States of America, (Corp.,) )<br>(Successors & Assigns); Merick )<br>Garland, DOJ ATTORNEY GENERAL, In )<br>his Official Capacity (Successors )<br>& Assigns);  Anthony Blinkin, U.S. )<br>Secretary of State, State Dept., )<br>In his Official Capacity )<br>(Successors & Assigns); STATE OF )<br>IDAHO (Sub-Corporation), )<br>(Successors & Assigns); Raul )<br>Labrador, IDAHO ATTORNEY GENERAL, )<br>(Successors & Assigns), In his )<br>Official Capacity; Phil McGrane, )<br>STATE OF IDAHO SECRETARY OF STATE )<br>(Successors & Assigns); In his )<br>Official Capicity; )<br>)<br>Defendants. ) | Case No.<br><br>Docket No.<br><br><br><br><br>PLEADING USCS FRCP Rule 44.1<br>DETERMING FOREIGN LAW HEREIN. |

-I-

1. Jurisdiction. Foreign Sovereign Immunities Act 28 USC §§ 1330et seq.,. And via 28 USC § 1605(a)(2) Abridgment: JURISDICTION OF Administrative Procedure Act (APA) Alternative Dispute Resolution (ADR); Final Determination at Enclosure (Encl.01:) Incorporated herein by reference. Remedies in Equity via Supremacy Clause Violations of United States Constitution Amendments 1, 5, 13, & 14.

FRCP Rule 44.1 DETERMINING FOREIGN LAW, VIA PLEADING OR
C O M P L A I N T - 1

2. Foreign Sovereign Immunities Act; 28 USC §§ 1602et seq.,. Encl.01; Change of law, Choice of Law; Cited within 9-19-2022 Change of Domicile served on the defendants by Certified mailing.

   A.  FRCP Rule 44.1 Pleading For Determination of Foreign Law In First Amendment Freedom of Religious Practices & Not to Associate With Government as Fiduciary.

   B.  FRCP Rule 58.  Motion For Entry of Executive Branch "Agency Action" Administrative Procedures Act (APA hereafter), Alternative Dispute Resolution (ADR hereafter), Arbitration Final ORDER.  Encl.03; (incorporated herein by reference).

   C.  FRCP Rule 64.  Remedies For Seizure of Person or Property, per State Law I.C. § 9-506.3 obligation by perfection of "Security Interest" occurred per UCC-1 & UCC-3, (on Conditional Acceptance For Value (CAFV hereafter).

   D.  Plaintiff's standing for immunity, whether by Treaty, or via 28 USC § 1604 "Steven Paul Priest" immunity from the jurisdiction of the courts of the United States and of the States - is acknowledged by the parties and is Final & Binding. See Encl.06. Apostille Certifying "Immunity" Issued by Idaho Secretary of State has not yet been enforced with or by the State or Federal Agencies, defendants. I CLAIM this Immunity and seek enforcement herein, hereby.

     1).  Remedy is to release "Steven Paul Priest" from Imprisonment Immediately.

     2).  ["NO"]—Federal Question Jurisdiction at 28 USC § 1331, over 5 USC §§ 551et seq, & §§ 701et seq.,. Final Order Awarding Relief During APA ADR Arbitration, is now subject for enforcement.

       a.  <u>Federal Question Jurisdiction is not consented to</u>, and lacks requisite Article III, § 2, Cl [1] standing; Because the "State" referred to therein is a "State of the Union." Not Heaven, or subjecting Gods Laws thereto.

       b.  § 2. [1] "the judicial Power shall extend to all Cases, in Law and Equity, arising under CONSTITUTION & Treaties made or which shall be made, under their Authority."

       c.  Choice In Law "shall make no law," "prohibiting the Free Exercise of Religious Freedom and Association."

       d.  28 USC § 1604 "Immunity" acknowledged during 5 USCS §§ 551et seq, & §§ 701et seq.,. APA ADR Arbitration is enforceable, hereby.

COMPLAINT -1B - Bill of Particularity;

   -i. Per FRCP Rule 48 Clerk's Entry of ORDER CONFIRMING THE AWARD has no monetary restrictions or limits under 28 USC § 1602et seq from CHAPTER 97. 28 USCS, Pt. IV. which appears germane to move resolution of foreign sovereign immunities issues from executive branch to judiciary, for the purposes of enforcement. And Plaintiff does not waive immunity.

   -ii. Congress did not intend for FSIA to affect diplomatic immunity under Vienna Convention (April 18, 1961, 23 U.S.T. 3227, T.I.A.S. No.7502). Since FSIA is statute which establishes framework for determing when federal or state courts in United States may exercise jurisdiction over foreign states.

   -iii. Exclusive source of jurisdiction (FSIA) applies to conduct occurring before enactment of FSIA since presumption against retroactivity does not apply to extent of such immunity regardless when conduct of foreign sovereign occurred.

   -iv. FSIA (nunc pro tunc) from DOB of Foreign SOVEREIGN "Steven Paul Priest" where original TAINT took place prior to time of or age of consent, by Birth Certificate being Registered and held with DEPARTMENT OF TREASURY, whom acted as holder, but not in due course, and has been preempted by CAFV UCC-1 & UCC-3. "ripeness & Standing."

   -v. Minimum relevant contact or personal jurisdictions is applicable, where, as here, FSIA plus service of process equals personal jurisdiction.

   -vi. There is an absence of "foreign government" "substantial contacts" as have been foreclosed by Plaintiff, hereby. The Court may enjoy the MOTIONS PRACTICES and make FRCP Rule 44.1 determinations in my favor, while making FRCP Rule 58 Clerk's Entry of Judgment "ORDER CONFIRMING ARBITRATION AWARD".

   -vii. FRCP 58(b)(1) Entering Judgment without the Courts Direction where the Court acts to confirm Rule 44.1 Foreign Law Applicable, and because <u>sovereign does not waive immunity</u>, the court may rest with the acts of Court Clerk's entry of ORDER CONFIRMING ARBITRATION AWARD, AND AS per Rule 58(b)(2)(B).

 E. The Hague Convention Treaty/Tribunal of 1899 and 1907 and Treaties cited within Encl.06 Incorporated herein by reference. Substantiate every basis for "Acknowledgment of Immunity" Awarded during the final Agency Action and is binding.


COMPLAINT -1C - Bill of Particularity;

2. CLAIM ONE: Choice in Law Change, pursuant to my 9-19-2023 Change of Domicile, served to all parties by certified mail. I invoked my 1st Amendment Constitutional Rights. Entering Judgment per IRCP 58(b); Amended Motion For Order Confirming Arbitration Award.

3. My 1st Amendment Right to religious association, to choose whom I associate with based on Religious ideals of the Holy Bible. Pursuant to Psalm 47:7 and Deut. 10:14, I still retain the First Amendment right to act FULL TIME, 24 hours a day, as fiduciary for my God whom owns me and controls the ENTIRE Earth pursuant to Psalm 47:7 and Duet. 10: 14, I act as fiduciary of God and the Corporate Kingdom of God.

4. To declare otherwise is to violate my First Amendment right of freedom to association ALL of my time, effort, and labor to the service of Sovereign being higher than any man or government.

5. Since the defendants act as government agents, make me a "taxpayer" by compelling me into a fiduciary role as a "public office" or as "public officer" fiduciary, trustee (by misrepresentation, and fraud).

6. Defendants compel me into involuntary servitude against Amendment 13, and do not compensate, but instead act against me, without my consent, or knowledge.

7. Defendants compelling me to act as "taxpayer" fiduciary engaged in a "trade or business" and its "agent", then it is denying me equal protection of the law if it attempts to interfere with my right to choose to be an agent and fiduciary of another party other than it, and to associate and devote all of my time, labor, and property to that competing cause.

8. "He who has [understands and learns] My commandments [laws in the Bible] and keeps [obeys] them, it is he who loves Me. And he who loves Me will be loved by My Father, and I will love him and manifest Myself [in, through, and] to him [as My fiduciary]." [John 14:21, Bible, NKJV]

9. "And we have known and believed the love that God has for us. God is love, and he who abides in love [obedience to God's Laws] abides in [and is a FIDUCIARY of] God in him." [1 John 4:16, Bible NKJV]

NOTICE: Because IMMUNITY acknowledged by "Phil McGrane, Idaho Secretary of State, Federal Question Jurisdiction over Executive Branch APA ADR does not meet the EXCLUSIVE SOURCE OF JURISDICTION as per 28 USCS § 1602 et seq., INVOKED HEREBY. FRCP Rule 44.1 DETERMINING FOREIGN LAW, VIA PLEADING OR

COMPLAINT - 2

10. And since my new domicile is the Kingdom of God/Heaven on Earth, and not within the jurisdiction of any man-made government, the only civil laws which apply to any litigation in federal court are those of the Holy Bible, which is the only law that I choose or volunteer to be subject to. The method of providing notice that these laws apply is documented in Federal Rules of Civil Procedure Rule 44.1, which notice I now give.

11. The law of <u>secured transactions</u> having formal requirements in Idaho at I.C. § 28-2-201 and (unless there is a writing sufficient to indicate that a contract has been made and signed by the party against whom enforcement is sought) and I have not entered into any such contract knowingly, and such <u>violates my Gods Law against Commerce with the government</u>, it's forbidden and I have to raise issue and seek relief per I.C. § 9-506.3. Release me from imprisonment.

12. The Statute of Frauds originated in England in 1677, passed as An act for Prevention of Frauds and Perjuries, 29 Car. II, c.3, and <u>applied only to the payment of another's debts</u>.

13. The statute name reflected its purpose, which is <u>to avoid instances of perjury and fraudulent claims in contractual relationships</u>.

14. The underlying "Taint" being when the Birth Certificate was used to cause me to act as fiduciary, unknowingly, and <u>before my age of consent</u>.

15. That's why <u>the statute of frauds applies to me now</u>, and that's why my Common Law (non-juridic) Trust named "STEVEN PAUL PRIEST" was <u>misrepresented</u> in Boise County District Court Criminal Case No.CR:90-00022(i).

16. When the name was read outloud, it sounded like the name of perceived Trustee Fiduciary, whom wasn't even aware of his "Public Office" and I write this in terms of a third party stance, because I've been used involuntarily my whole life since DOB ##-##-##64.

17. The promise of any <u>antecedent obligation</u> was finally <u>void</u> when my Trust Res or <u>Security Interest in my lien</u>, <u>was perfected</u>, and the entire worth of the account was negated. Any third party antecedent <u>obligation finished</u>.

18. I am asking for the Clerk's entry of ORDER to CONFIRM the ARBITRATION AWARD as to the STATUTE OF FRAUDS, meaning to <u>release Steven Paul Priest</u> from custody, of Warden Valley, South of Boise, at the address of the Plaintiff above.

FRCP Rule 44.1 DETERMINING FOREIGN LAW, VIA PLEADING OR C O M P L A I N T - 3

19. MOTIONS PRACTICE seeks to proceed In Forma Pauperis, without fee, for Waiver of Service by Defendant. A Motion for ORDER Confirming Arbitration AWARD granting <u>release</u> of "Steven Paul Priest" <u>from imprisonment</u> is requested.

20. Proof of Service of this motion and of the ORDER Confirming **Arbitration** Award of Release from imprisonment.

21. Enclosure 05.; APA ADR Informal Transcript "Acknowledgment of Immunity" RELEASE FROM IMPRISONMENT WITHIN FORTY EIGHT (48) HOURS... enforce <u>exclusive remedy</u> "Immunity" here now, via §1602 et seq <u>exclusively</u>.

22. <u>DECLARATION OF Steven Paul Priest</u>

I declare, the above is true and correct jurisdiction, and relief sought from Constitutional violations against Amendment 1, 5, 13 & 14 (Due Process) entitle release from imprisonment, done under threat of penalty in cases of perjury, all unalienable rights reserved, UCC-1, & UCC-3.

By, *[signature: Steven Paul Priest]*
Steven Paul Priest
Constitutional Citizen
Statutory (Non-person non-resident)
"Stateless" "Foreign Diplomat"

Done and filed
Date May 31, 2023
May 31, 2023
Now SUPPLEMENTED and restated as per NOTICE
USCS FRCP Rule 44.1 "Determining Foreign Law".
Dated: May 31, 2023. *[signature]*

23. SERVICE BY MAILING. I placed the same into the hands of prison staff for copies and mailing to the United States District Court via email, this May 31, 2023 date. DONE May 31, 2023 *[signature]* 5/31/2022
5-31-2023
DONE by me *[signature]* 5-31-2023
Steven Paul Priest                           31

24. RESPECTFULLY, I'm trying to be "Frugal" and there's no White Out. Please be forgiving of these unprofessional dates.

*[signature: Steven Paul Priest]* 5-31-2023

FRCP Rule 44.1 DETERMINING FOREIGN LAW, VIA PLEADING OR
C O M P L A I N T - 4