Steven Paul Priest #18650
ISCC F1-8A
POB 70010
Boise, Idaho  83707

Plaintiff In propria persona

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STEVEN PAUL PRIEST,<br><br>    Plaintiff,<br><br> -Vs-<br><br>United States of America Corporation et al., Successors & Assigns, STATE of IDAHO Sub-Corporation; ATTORNEY general, et al., Successors & Assign IDAHO SECRETARY OF STATE et al., Successors & Assigns,<br><br>    Defendants. | Case No.:<br>Docket No.:<br><br>MOTION FOR ORDER CONFIRMING AWARD OR PRELIMINARY INJUNCTION MANDATING RELEASE FROM IMPRISONMENT |

Pursuant FRCP Rule 58(b)(1) the Clerk must, without awaiting the court's direction, promptly prepare, sign, and enter the judgment when as here, the Administratave Procedures Act (APA) Alternative Dispute Resolution (ADR) "agency action" shows binding effect upon the parties, that Plaintiff is entitled to relief.

(1)  Release the Debtor from obligation imprisonment, South of Boise, Idaho in custody of Warden Valley (or successor & assigns).  Within SEVENTY-TWO (72) HOURS.

(2)  Relief in the alternative, several and as is severable includes acknowledge Plaintiff's Immunity, in accordance therewith Apostille Encl.06 herewith.

MOTION FOR ORDER -  1.

(3) Relief that is severable therefrom U.S. Const.Art.III "States" of the Union so meant, and make me ineligible for diversity, or possibly federal question jurisdiction. Fourteen Million Dollars ($14,000,000.00) is due and owing, in accordance therewith said Encl.01 Informal Transcript shows "Sum Certain" AWARD to be Granted to "Steven Paul Priest" CONSTITUTIONAL CITIZEN, STATUTORY (non-person non-resident); And for infringement on my Trade Name ["STEVEN PAUL PRIEST" (non-juridic) Common Law Trust (res)].

Each relief is severable, and presented in order of equity at claim for relief (1) above.

The Court is asked to grant ancillary motions practices in aid of jurisdiction.

DECLARATION OF Steven Paul Priest

I, Certify and declare, the above and foregoing facts and argument with evidence, signed by me, is true and correct, so sworn to under threat of penalty in cases of perjury, with unalienable rights reserved, and I request an order for preliminary injunction to release my person from imprisonment.

DONE this 31st day of May, 2023.

By _[signature]_ _[signature]_ 5-31-2023
    Steven Paul Priest
    CONSTITUTIONAL citizen
    STATUTORY (non-person non-resident)
    FRCP 17(b) "Stateless" "Foreign Diplomat"
    Immune.

PROOF OF SERVICE TO ALL DEFENDANTS BY ME, UPON ACCESS TO COURTS AND ACCUMULATION OF THIS AMENDED COMPLAINT, AND ANCILLARY MOTIONS PRACTICES et al.,. by me this date. U.S. Mail First Class prepaid.

By _[signature]_ 5-31-2023
    Steven Paul Priest

MOTION FOR ORDER - 2.