Steven Paul Priest #18650
ISCC F1-8A
POB 70010
Boise, Idaho  83707

In propria persona

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STEVEN PAUL PRIEST, )<br>)<br>    Plaintiff, )<br>)<br> -Vs. )<br>)<br>United States of America Corporation)<br>et al., Successors & Assigns, STATE )<br>of IDAHO Sub-Corporation; ATTORNEY )<br>general, et al., Successors & Assign)<br>IDAHO SECRETARY OF STATE et al., )<br>Successors & Assigns, )<br>)<br>    Defendant(s). )<br>) | Case No.:<br>Docket No.:<br><br>ORDER CONFIRMING AWARD |

IT IS SO ORDERED

(1)  Release "Steven Paul Priest" from imprisonment.

(2)  Acknowledge 28 U.S.C.S. § 1604 "IMMUNITY" held by "Steven Paul Priest".

(3)  And as is in accordance therewith final APA ADR per 5 U.S.C.S. §551et seq, And, §701et seq.,. "binding on parties" GRANT the "Sum Certain" Final Order AWARD OF Fourteen Million Dollars ($14,000,000.00).


SO ORDERED BY

                                    CLERK OF THE DISTRICT COURT


ORDER CONFIRMING AWARD IN DEBTOR PRISONER FINAL ARBITRATION - 1 of 1.