Steven Paul Priest #18650
ISCC F1 - 8A
POB 70010
Boise, Idaho  83707

In propria persona


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

STEVEN PAUL PRIEST            )      Case No.:
                             )      Docket No.:
      Plaintiff,             )
                             )      PROOF OF SERVICE
   -Vs-                       )
                             )
United States of America Corporation)
et al., Successors & Assigns, STATE )
of IDAHO Sub Corporation; ATTORNEY. )
general, et al., Successors & Assign)
IDAHO SECRETARY OF STATE et al.,    )
Successors & Assigns,        )
                             )
      Defendant(s)           )
                             )


Proof of SERVICE BY MAIL TO:

1.  United States of America, by and through; ATTORNEY GENERAL, Department
of Justice, 950 Pennsylvania Avenue. N.W., Washington, D.C. 10530-0001

2.  Secretary of State, U.S. Department of State, 2201 C. Street N.W.,
Washington, D.C., 20520

3.  STATE OF IDAHO ATTORNEY GENERAL, Raul Labrador, or Lawrence.G. Wasden,
P.O.Box 83720, Boise, Idaho  83720-0010

4.  IDAHO SECRETARY OF STATE Phil McGrane, or Lawerence Denney, P.O. Box 83720,
Boise, Idaho 83720

5.  Idaho Department of Corrections, (IDOC), POB 14, ADMINISTRATIVE OFFICE,
BOISE, Idaho  83702


PROOF OF SERVICE by              me this        date.

INMATE NAME _Steven Paul Priest_
IDOC# _18650_
DATE _September 15, 2022_
STAFF SIGNATURE _Steven Paul Priest_

_Original Notary Herein_

Steven Paul Priest

ISCC F1-8A
PO Box 70010
BOISE, ID 83707

Enclosure 3.  Proposed Mailing List For ORDER CONFIRMING.

NOTICE OF SERVICE INTENDED, TO THE BELOW ADDRESSED, BY THE CLERK
OF THE DISTRICT COURT:  To be served on date of the order or as
soon thereafter as may be done...

TO:

SEP - 19 - 2022

Secretary of State
U.S. Department of State
2201 C Street NW
Washington, DC 20520.

Registered/Certified Mail #:
7022 0410 0000 1603 2723

SEP - 19 - 2022

Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Registered/Certified Mail #:
7022 0410 0000 1603 2709

Lawrence Denney - Secretary of State ID
450 North 4th Street
PO Box 83720
Boise, ID 83720
SEP - 19 - 2022

Registered/Certified Mail #:
7022 0410 0000 1603 2747

Lawrence G. Wasden - ID Attorney General
STATE OF IDAHO
P.O. box 83720
BOISE, ID 83720-0010
SEP - 19 - 2022

Registered/Certified Mail #:
7022 0410 0000 1603 2703

Boise County Clerk of the
District Court, P.O.BOX 126
Idaho City, Idaho  83631

Mrs. Deidra Priest
490 W. 12 S.
Mountain Home, Idaho 83647

Idaho Department of Corrections
Administration Dept.,
POB 14
Boise, Idaho 83720

__DECLARATION OF INTENTION
TO CHANGE DOMICILE/CITIZENSHIP,
DIVORCE THE "UNITED STATES",
AND CRIMINAL COMPLAINT__

Steven Paul Priest #18650
ISCC F1-8A
POB 70010
Boise, Idaho  83707

Enclosures:
1. Certified copy of Certificate of Naturalization by Notary or Certified Copy of Birth Certificate (certified by Notary stamp at the end of this letter)
2. Affidavit of Citizenship, Domicile, and Tax Status.
3. Declaration of Personal Independence

Enclosure 4.

## 13. **AFFIRMATION**

In accordance with 28 U.S.C. §1746(1), I declare under penalty of perjury under the laws of the United States of America that the foregoing and the entire contents of this correspondence and all attachments are true and correct.

I also affirm, under the Common Law of America, from without the "United States**", that I am over 18 years of age and that the contents of this correspondence are a true, correct, and accurate reflection of my *voluntary will*, and that I am in no way under any kind of duress in signing this correspondence.

I now affix my own signature to all of the above affirmations WITH EXPLICIT RESERVATION OF ALL MY RIGHTS AND WITHOUT PREJUDICE U.C.C. 1-207 (UCCA 1207), and its successor, U.C.C. 1-308.

| Full name | Steven Paul Priest |
|---|---|
| Signature | Steven Paul Priest |
| Signature of witness | John ante |
| Date | January 3rd 2023 |

## NOTARY PUBLIC'S JURAT

BEFORE ME, the undersigned authority, a Notary Public, of the County of _Ada_, Republic of _Idaho_ (statename), this _3_ day of _January_, 20_23_, _Steve Priest_, the Signator did personally appear and was identified by (check all that apply):

1. ____ Passport
2. ____ Birth Certificate
3. ____ Military ID
4. _X_ Other verified government id (e.g. notarized copy of picture and birth certificate with affidavit they belong to one and the same person)

..and who, upon first being duly sworn and/or affirmed, deposes and says that the aforegoing asseveration is true to the best of his/her knowledge and belief.

I certify under PENALTY OF PERJURY under the laws of the State of _Idaho_ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

/s/ _____ SEAL
        Notary Public

My Commission Expires On:

*(Notary seal: NICOLE WAGONER, NOTARY PUBLIC, MY COMMISSION EXPIRES 9-23-2027, STATE OF IDAHO, COMMISSION NUMBER 20241433)*