*** TRUST Doc.No.900A. SPECIAL DISPUTE RESOLUTION IN ACCORDANCE THEREWITH 5 USCS §§§ 551, and 581(b) et seq.,

FROM:

Steven Paul Priest 18650
ISCC F1-8A
POB 70010
Boise, ID 83707

Enclosure 5. Certified Transcript

Date: 11/ 7/ 2022

* PRE-DRAFTED FORMAT IS INTENDED FOR THE REDUCTION OF WORK HOURS IN AGGREGATE GOVERNMENT AGENCY REPLIES.

NOTICE ["Declaration of Intention to Change Domicile/ Citizenship, Divorce the U.S., and Criminal Complaint"] of 9-19-2022; Allowed Recipients Opportunity to Present Evidence In Cases of Disagreement, and having received none; ALL PARTIES AGREE AND CONSENT (And (or) By Tacit Agreement) TO THE FOLLOWING AGREEMENT(S):

BETWEEN THESE PARTIES (AGENCIES):

1. FILED BY CERTIFIED MAILING 9-19-2022, "Secretary of State, U.S. Department of State, 2201 C. Street N.W., Washington, D.C. 20520" No.7022 0410 0000 1603 2723. See www.usps.com for delivery information et al.,.(infra);

2. FILED BY CERTIFIED MAILING 9-19-2022, "ATTORNEY GENERAL, U.S. Department of Justice, 950 Pennsylvania Avenue. N.W., Washington, D.C. 20530-0001" No.7022 0410 0000 1603 2709.

3. FILED BY CERTIFIED MAILING 9-19-2022, "Lawerence Denney, Idaho Secretary of State, P.O.Box 83720, Boise, ID 83720" No.7022 0410 0000 1603 2747.

4. FILED BY CERTIFIED MAILING 9-19-2022, "Lawrence G. Wasden, State of Idaho Attorney General, P.O.Box 83720, Boise, ID 83720-0010" No.7022 0410 0000 1603 2730.

5. FILED BY CERTIFIED MAILING 9-19-2022, TO: "Boise County, Clerk of the District Court, Box 126, Idaho City, ID 83631" No.7022 0410 0000 1603 2716.

-ADJUDICATION-

001 FACT: Recipients etc al.,. remain silent, which is one form of relief. And, "Silence" equates to "Fraud".

002 FACT: Recipients had 5 USCS § 554 opportunity on CLAIMS NOTICED, and chose by consent not to present evidence, nor raise controversy of law or fact.

003 FACT: Steven Paul Priest, has been Coerced to act as the 26 U.S.C. § 7701(a)(6) "fiduciary," "Trustee," being called upon to act for § 7701(a)(1) Person/Trust ("STEVEN PAUL PRIEST") non-juridic Common Law, by the STATE OF IDAHO to do § 7701(a)(26) business in performance of the functions of a "Public Office."

004 FACT: STEVEN PAUL PRIEST, per, I.C. § 28-9-102 ["under traditional law, common-law trust is not itself a juridical entity and therefore must sue and be sued, own property, and transact business in the name of the trustee acting in the capacity of trustee."]

005 FACT: STEVEN PAUL PRIEST appearing in every (STATE OF IDAHO) Criminal Case Proceeding, as the captioned party therein; lack capacity to sue or be sued. IDAHO (Corporation) mislead, and failed to notify Steven Paul Priest (Public Office, Trustee,) of that fact; at all times and during all proceedings thereunder; Steven Paul Priest REMAINS IMMUNE from prosecution.

006 FACT: Steven Paul Priest, was Coerced into "Trade or Business" association(s) with the STATE OF IDAHO, by the misleading captions, Prosecutors committed FRAUD, on the face of all CRIMINAL PROCEEDING captions, et al.,.

007 FACT: 5 USCS § 555 does not require hearings in matters where ultimate decision will not be enhanced or assisted by receipt of evidence; right to appear under § 555 is not blindly absolute without regard to status or nature of proceeding and concern for orderly conduct of public business. LEXIS 11450 (M.D. Pa. 1974).

008 FACT: Parties agree: State and Federal Government actions complained of, are Unconstitutional, infringing my tradename without

consent, and abridge U.S. Constitution Amendment 1, 5, 13, and 14; VOIDING any, all Criminal judgments and I.C. § 18-310 commitments.

009 FACT: This ~~One (1) page~~, is the official Alternative Dispute Resolution Transcript. An original shall be provided for each of the above stated recipient(s), agents, agencies; et al.,. upon request.

010 FACT: Parties agree and consent to Steven Paul Priest's continued 5 USCS § 556(c) authority to act per 5 USCS §§ 556(c), and 581(b) et seq.,.

011 FACT: Parties agree by consent settlement conference not needed. Alternative Dispute Resolution "In Rem" Arbitration and [5 USCS § 584] Authorizations to Award "sum(s) certain" Aggregate of Fourteen Million Dollars ($14,000,000.00 U.S and no/100's)) is just compensation for 13th Amendment violations from DOB ##-##-##64 to present date.

012 FACT: Parties agree by consent, that Idaho Code § 9-506, promise to answer for the obligation of another is fraudulent and unconstitutional; Steven Paul Priest's person SHALL BE RELEASED from imprisonment.

013 FACT: Parties agree that the History of this Idaho Law stems from; C.C.P. 1881, § 938; R.S., R.C., and C.L., § 6010; C.S., § 7977; and is accepted as proof of Federal (agency) entanglement(s), from District of Columbia enclave, not amenable with CHANGE OF DOMICILE, nor amenable with 1st 5th and 14th Amendment Immunity held by Steven Paul Priest, STATUTORY ("non-person non-resident") nunc pro tunc, DOB ##-##-##64.

014 FACT: You have Ten (10) Days to make the necessary submission for appropriations of the sum you are to pay in compensation of 13th Amendment Violations. THEREAFTER, I shall be called upon to present the cause for ARBITRATION. And each of you will risk additional costs associated therewith, unnecessarily.

RELEVANT ADMISSIBLE PUBLIC RECORD(S) BEING INCORPORATED HEREIN BY REFERENCE:

1. "Declaration of Intention to Change Domicile/Citizenship, Divorce the U.S., and Criminal Complaint." 110 pages already in hands of all parties consenting herewith
2. Acknowledgment of immunity per 5 USCS § 551(11); See Trust Document No.:977 And (or) Apostilled Authentication of IMMUNITY (de facto); And, (or) (de jure) Status; (And), Or, Witness Immunity, where applicable.
3. Lien No:20221051832. Idaho's Secretary of State 6-28-2022 ; and Security Agreement.

SO ORDERED this 11/7/2022 date.

By, *[signature: Steven Paul Priest]*

Steven Paul Priest
Unalienable Rights Reserved

*[signature]*
2-21-2023

State of Idaho
County of Ada

*Steven Priest* appeared before me this 21st day of Feb 2023.

*[signature]*
Notary

*[Notary seal: SANDI A. FRELLY, Comm. No. 20221524, NOTARY PUBLIC, Expires 03/18/2028, STATE OF IDAHO]*

# State of Idaho
## Office of the Secretary of State

## APOSTILLE
(Convention de La Haye du 5 octobre 1961)

1. Country      United States of America

    This public document

2. has been signed by     NICOLE WAGONER
3. acting in the capacity of     NOTARY PUBLIC, STATE OF IDAHO
4. bears the seal/stamp of     NICOLE WAGONER

## CERTIFIED

5. at   Boise, Idaho, United States of America
6. the 13th day of February, 2023
7. by PHIL McGRANE, Secretary of State of the State of Idaho
8. № 77462

9. Seal/Stamp





Phil McGrane
Secretary of State

Processed by: Business Division

Verification # 77462 Verify this document online at https://sosbiz.idaho.gov/apostille

NO.:977. NOTICE 5 USCS § 701(b)(2) "person", ["relief"], "agency action" per 5 USCS § 551(11)[relief] recognition of ITY"].

DECLARATION OF Steven Paul Priest

I, declare and certify, under threat in cases of perjury, I filed by mail, my Change of Domicile with the State and Federal Secretarys' of State 9-19-2022, the following facts are true and correct;

1. My full name is Steven Paul Priest, and I am a FRCP 17(b) "Stateless", "National," "Constitutional Citizen," "Sojourner," "1st Amendment Immune From State Law." STATUTORY ("non-person non-resident").

2. I "Steven Paul Priest" U.D. am (SELLER/Creditor) distinguished Trustee, thereto the "STEVEN PAUL PRIEST" (non-juridic) Common Law (Business) Trust (Res), (SECURED PARTY, DEBTOR/Buyer,) Tradename, Hereditaments, (Franchise (SSA and IRS)); --- having been coerced to act, under duress, do so act without granting the STATE OF IDAHO any authorization.

3. JUDICIAL NOTICE OF THESE FACTS set in the Public Record. See, Lien No:20221051832 filed with the Idaho's Secretary of State 6-28-2022 ; Incorporating Security Agreement by reference; See p.3, paragraph 13: ["the law of Idaho"](IRCP 17(b))(per, I.C. 28-9-102.); In accordance with UCC-1, and UCC-3...

4. JUDICIAL NOTICE OF STATUTORY LANGUAGE establishes controlling Idaho Trust Law at 28-9-102 ("under traditional law, a common-law trust is not itself a juridical entity and therefore must sue and be sued, own property, and transact business in the name of the trustee acting in the capacity of trustee.").

5. International Hague Convention Immunity Status "De jure" and Secretary of State 1st Amendment Immunity Status "De facto" --- appear enhanced with existing United States Department of Justice Appearances Immunity, --- for "Steven Paul Priest" U.D., Unalienable Rights Reserved, remains (State Law) immune (nunc pro tunc) DOB ##-##-1964.

6. Incorporating Trust Doc. 841 of 9/30/2022 by reference. De Jure (status demand) Filed by Certified Mail To: Office of the High Commissioner for Human Rights, United Nations Office at Geneva, CH-1211 Geneva 10, Switzerland

7. *Recipient Steven Paul Priest, is a FRCP 17(b) Stateless, National, Constitutional Citizen, Sojourner, Foreign Diplomat, 1st Amendment Immune, De facto, De jure; STATUTORY ("non-person nont-resident"), and OTHER Federal Agencies Witness, Requesting:


--- oooO0Oooo ---

--- IMMUNITY ACKNOWLEDGED ---

--- oooO0Oooo ---


SECRETARY OF STATE'S CERTIFICATION AND APOSTILLE OF 9/19/2022 CHANGE IN DOMICILE AND RESULTING [" I M M U N I T Y "] of Steven Paul Priest STATUTORY (non-resident, not-person).

FURTHER SAYETH your AFFIANT NAUGHT this 31st day of January, 2023.

By, _Steven Paul Priest_
Mr. Steven Paul Priest *Recipient of Immunity
STATUTORY ("Non-person, Non-resident").


State of Idaho
County of Ada
Steve Priest appeared before me Nicole Wagoner a Notary for the State of Idaho on 01/31/23 and I witnessed the signature
_Nicole Wagoner_
Notary Expires: 09/23/2027

JIM JONES
Attorney General
State of Idaho

MICHAEL KANE
Deputy Attorney General
Chief, Criminal Law Division
Statehouse, Room 210
Boise, Idaho 83720
Telephone: (208) 334-2400

COPY

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BOISE

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | CASE NO. CR-90-00022-I |
| Plaintiff, | ) | |
| vs. | ) | WARRANT OF ARREST |
| STEVEN PAUL PRIEST, | ) | |
| Defendant. | ) | |

TO ANY SHERIFF, CONSTABLE, MARSHAL OR POLICEMAN
IN THE STATE OF IDAHO

A complaint upon oath having been this day laid before me by Larry Lampson, Deputy Sheriff of the County of Boise, State of Idaho, stating that the felony crime of Murder in the First Degree, and accusing STEVEN PAUL PRIEST thereof;

YOU ARE, THEREFORE, COMMANDED to immediately arrest the defendant named above, and to bring STEVEN PAUL PRIEST before me at my office in the County of Boise, or in case of my absence or

Encl.07; Two (2) Pages.

WARRANT OF ARREST - 1

inability to act, before the nearest or most accessible magistrate in Boise County.

Bond is set in the amount of $ *No Bond Set* .

DATED this *29* day of May, 1990.

PATRICIA G. YOUNG
_____
MAGISTRATE

WARRANT OF ARREST - 2

IDAHO DEPARTMENT OF CORRECTION
Grievance/Appeal Form

☒ Grievance
Inmate's Name: Steve Priest                             IDOC Number: 18650
Institution, Housing Unit, & Cell: ISCC F1-8A           Date: 7/31/2022

### For Administrative Use
Facility: _____        Grievance Number: _____
Date Collected: _____  Grievance Category: _____

Date Forwarded to Inmate's Previous Facility: _____
Name of Previous Facility: _____
Date Forwarded to Responder: _____

Level 1 Responder's Name: _____  Date Due: _____ Received: _____
Level 2 Responder's Name: _____  Date Due: _____ Received: _____
Final Grievance Decision: _____   Date Sent to Inmate: _____

### Inmate Section
The problem is: I.C.§ 18-310 forfeits my Private Trust, Public office, and right to refuse medical treatments. The court transferred debt onto my Trust, and I'm trying to understand how my medications are supplied, and paid for. Respectfully Submitted.

I have tried to solve this problem informally by: The attached Concern form.

I suggest the following solution for the problem: Can anybody explain how my Chronic care heart meds are paid for, so I can determine and manage my own (trust) account that pays for my care?

Inmate's signature: Steve Priest

☒ Appeal   Date: 9-7-2022

I am appealing the grievance for the following reason(s):
The sentencing judge wrote a Bond, and that transferred my Private Trust, or "Converted" it into the Securities and Exchange Commission "SEC"... The County Sheriff's deputy "Larry" told me he watched the judge write the BOND forms after I was Sentenced. My Chief concern, after research, is that I am not eligible for either "Public office" or "Private Trust" I wasn't eligible at the time the Trust originated, and I'm doing due dilligence so that adequate compensation may be made. And I respect the judges and local law enforcement but, my research shows some need for concern. Because these practices appear to violate State and Federal Laws. And moneys from that SEC Account are going to be forfeited due to fraud there, and acts I did not authorize, or consent to...

Inmate's signature: Steve Priest

Appendix B
316.02.01.001
(Updated 6/4/18)



# Idaho Department of Correction
## Grievance Form

| | | | |
|---|---|---|---|
| Offender Name: | PRIEST, STEVE PAUL | Location: | ICC |
| Offender Number: | 18650 | Number: | IC 220000955 |
| | | Category: | MEDICAL/HEALTHCARE |

### Offender Grievance Information

Date Received: 08/02/2022

The problem is:

I.C. 18-310 forfeits my private trust, public office, and right to refuse medical treatments. The court transferred debt onto my Trust, and im trying to understand how my medications are supplied, and paid for.

I have tried to solve this problem informally by:

The attached concern form

I suggest the following solution for the problem:

Can anybody explain how my Chronic Care heart meds are paid for, so I can determine and manage my own (trust) account that pays for my care?

### Level 1 - Initial Response

| | | | |
|---|---|---|---|
| Date Forwarded: | 08/02/2022 | Date Returned: | 08/11/2022 |
| Date Due Back: | 08/16/2022 | Level 1 Responder: | HOLM, KASEY |

The response from the staff member or person in charge of the area/operation being grieved:

Mr. Priest,
All chronic care medication and needs during incarceration are to be covered and paid for through IDOC/Centurion Health. You should not be paying for these medications out of your own accounts, if this has been happening, please submit the documentation to medical so that you can be reimbursed. If you are receiving medical bills for services rendered in relation to your chronic care, please submit these to medical as soon as you receive them. If you have any other questions regarding this, please let us know so that we can assist you.
Thank you,
Kasey Holm, DON



# Idaho Department of Correction
# Grievance Form

| | | | |
|---|---|---|---|
| Offender Name: | PRIEST, STEVE PAUL | Location: | ICC |
| Offender Number: | 18650 | Number: | IC 220000955 |
| | | Category: | MEDICAL/HEALTHCARE |

### Offender Grievance Information

Date Received: 08/02/2022

The problem is:

I.C. 18-310 forfeits my private trust, public office, and right to refuse medical treatments. The court transferred debt onto my Trust, and im trying to understand how my medications are supplied, and paid for.

I have tried to solve this problem informally by:

The attached concern form

I suggest the following solution for the problem:

Can anybody explain how my Chronic Care heart meds are paid for, so I can determine and manage my own (trust) account that pays for my care?

### Level 1 - Initial Response

| | | | |
|---|---|---|---|
| Date Forwarded: | 08/02/2022 | Date Returned: | 08/11/2022 |
| Date Due Back: | 08/16/2022 | Level 1 Responder: | HOLM, KASEY |

The response from the staff member or person in charge of the area/operation being grieved:

Mr. Priest,
All chronic care medication and needs during incarceration are to be covered and paid for through IDOC/Centurion Health. You should not be paying for these medications out of your own accounts, if this has been happening, please submit the documentation to medical so that you can be reimbursed. If you are receiving medical bills for services rendered in relation to your chronic care, please submit these to medical as soon as you receive them. If you have any other questions regarding this, please let us know so that we can assist you.
Thank you,
Kasey Holm, DON

IC 220000955        PRIEST, STEVE PAUL                    18650

### Level 2 - Reviewing Authority Response

| | | | |
|---|---|---|---|
| Date Forwarded: | 08/11/2022 | Grievance Disposition: | GRANTED |
| Date Due Back: | 08/27/2022 | Level 2 Responder: | JONES, PATRICK |
| Date Returned: | 09/06/2022 | Response sent to offender: | 09/06/2022 |

Your grievence has been reviewed and I find:

Mr. Priest,

Your chronic needs/medications are paid for by the State of Idaho and Centurion based on their approved contract. If you have getting billed or charged for these services please let us know and we will get you reimbursed. Thank you.

### Offender Appeal

Offender Comments:

The sentencing judge wrote a bond and that transferred my private trust, or "converted" it into the securities and exchange commission "SEC"... The County Sheriff's deputy "Larry" told me he watched the judge write the bond forms after I was sentenced. My chief concern, after research, is that I am not eligible for either "Public Office" or "Private Trust" I wasn't eligible at the time the Trust originated, and I'm doing due dilligence so that adequate compensation may be made. And I respect the judges and local law enforcement but, my research shows some need for concern. Because these practices appear to violate state and federal laws. And moneys from that SEC Account are going to be forfeited due to fraud there, and acts I did not authorize or consent to...

### Level 3 - Appellate Authority Response

| | | | |
|---|---|---|---|
| Date Appealed: | 09/07/2022 | Grievance Disposition: | MODIFIED |
| Date Forwarded: | 09/07/2022 | Level 3 Responder: | SIEGERT, RONA |
| Date Due Back: | 09/23/2022 | Response sent to offender: | 09/22/2022 |
| Date Returned: | 09/22/2022 | | |

Your appeal has been reviewed and I find:

Mr. Priest:

As stated by the first and second responders for this grievance all of your medication is paid for by Centurion, who is the medical contract provider for the IDOC. I have no idea what you are referring to in your appeal to this grievance. Perhaps you should reach out to the Judge in your case for clarification.

IC 220000955    PRIEST, STEVE PAUL              18650

## Level 2 - Reviewing Authority Response

| | | | |
|---|---|---|---|
| Date Forwarded: | 08/11/2022 | Grievance Disposition: | GRANTED |
| Date Due Back: | 08/27/2022 | Level 2 Responder: | JONES, PATRICK |
| Date Returned: | 09/06/2022 | Response sent to offender: | 09/06/2022 |

Your grievance has been reviewed and I find:

Mr. Priest,

Your chronic needs/medications are paid for by the State of Idaho and Centurion based on their approved contract. If you have getting billed or charged for these services please let us know and we will get you reimbursed. Thank you.

## Offender Appeal

Offender Comments:

## Level 3 - Appellate Authority Response

| | | | |
|---|---|---|---|
| Date Appealed: | | Grievance Disposition: | |
| Date Forwarded: | | Level 3 Responder: | |
| Date Due Back: | | Response sent to offender: | |
| Date Returned: | | | |

Your appeal has been reviewed and I find:

---

Date: 09/06/2022 09:22        Created By: slabonte                          Page  2  of  2

CIS/Facilities/Main/Misc/Grievance Detail